| | |
|---|---|
| 1 | BRIAN P. CLARK |
| | Nevada Bar No. 4236 |
| 2 | LUKAS B. McCOURT |
| | Nevada Bar No. 11839 |
| 3 | CLARK McCOURT |
| | 7371 Prairie Falcon Road, Suite 120 |
| 4 | Las Vegas, Nevada 89128 |
| | Telephone: (702) 474-0065 |
| 5 | Facsimile: (702) 474-0068 |
| | bpc@clarkmccourt.com |
| 6 | lmccourt@clarkmccourt.com |
| | Attorneys for Defendants |
| 7 | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| 10 | PAUL D. S. EDWARDS, | Case No.: 2:18-cv-01765-JAD-DWF |
| 11 | Plaintiff, | |
| 12 | v. | |
| 13 | TIMESHARE LIQUIDATORS, LLC, a/d/b/a TCL RESORT LIQUIDATORS, a/d/b/a TLC RESORTS VACATION CLUB, LLC, a/d/b/a TLC RESORTS VACATION CLUB, a/d/b/a TLC RESORTS, a/k/a TLCRESORTS.COM, a/d/b/a TLC TRAVEL, a/d/b/a VIP TRAVEL, a/d/b/a VIP VACATIONS, and PLAZA HOTEL & CASINO, LLC, a/d/b/a PLAZA HOTEL & CASINO, and STANLEY C. MULLIS, a/k/a STANLEY MULLIS, a/k/a STAN MULLIS, and ANGEL C. MULLIS, a/k/a ANGEL MULLIS, a/k/a ANGEL SANTILLI, and JONATHAN ROBERT JOSSEL, a/k/a JONATHAN JOSSEL, and MICHAEL ANTHONY PERGOLINI, a/k/a MICHAEL A. PERGOLINI, a/k/a MICHAEL PERGOLINI, a/k/a MICHAEL A. PERCOLINI, and DOES I-X, and ROE CORPORATIONS XI-XX, et al., | **STIPULATION RE: REMAND OF ACTION TO THE EIGHTH JUDICIAL DISTRICT COURT, STATE OF NEVADA, CLARK COUNTY**<br><br>ECF No. 6, 8 |
| 23 | Defendants. | |

The parties, Plaintiff Paul D.S. Edwards, in *pro se*, and Defendants, by and through their counsel of record, the law firm Clark McCourt, present the following facts and stipulation.

1. Plaintiff commenced this action in the Eighth Judicial District Court, Clark County, State of Nevada in Case No. A-18-776375-C by the filing of a complaint on June 19, 2018.

2. Defendants filed their Petition For Removal on September 11, 2018, and completed the removal process by filing a conformed copy of the Petition For Removal with the Eighth Judicial District Court, State of Nevada, County of Clark, on September 12, 2018.

3. After some discussion, the parties have agreed that the Plaintiff's action should be remanded to the Eighth Judicial District Court, State of Nevada, County of Clark.

**THEREFORE,**

**IT IS HEREBY STIPULATED** that Defendants will not oppose Plaintiff's Motion to Remand This Case Back To The Eighth Judicial District Court, State of Nevada, County of Clark;

**IT IS FURTHER STIPULATED** that the court grant that portion of Plaintiff's Motion remanding the case to the Eighth Judicial District Court, State of Nevada, County of Clark; and

**IT IS FURTHER STIPULATED** that each party bear their own costs, expenses and attorney's fees associated with the removal and remand.

DATED this 1st day of October, 2018.   DATED this 1st day of October, 2018.

CLARK MCCOURT

_____     _____
Brian P. Clark                         Paul D.S. Edwards
Nevada Bar No. 4236                    713 Wheat Ridge Lane, Unit 203
Lukas B. McCourt                       Las Vegas, NV 89145
Nevada Bar No. 11839                   Plaintiff, *pro se*
7371 Prairie Falcon Road, Suite 120
Las Vegas, NV 89128
Attorneys for Defendants

## ORDER

Based on the parties' stipulation [8] and good cause appearing, IT IS HEREBY ORDERED that the Motion to Remand [6] is GRANTED. This action is remanded back to the Eighth Judicial District Court, Case No. A-18-776375-C, Dept. 16, and the Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 2, 2018